UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Eugene_ DIVISION

---

þ Seth Hillier

(Enter full name of plaintiff)

Plaintiff,

v.

Shane Nelson

_____

_____

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 6:26-CV-01040-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes    ☐No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**    Name: Seth Hillier

Street Address: 777 Stanton blvd

City, State & Zip Code: Ontario OR 97914

Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

Seth Hillier sid # 26730472

**Defendant No. 1**    Name: Shane Nelson

Street Address: 63333 W Highway 20

City, State & Zip Code: Bend Oregon 97703

Telephone No.: 541-388-6661 or 541-617-3398

**Defendant No. 2**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

Seth Hillier SID # 26730472

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

14th Amendment

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

When I was incarcerated at Deschutes County Jail Feb-May 2024 I was segregated in a unit with only Sex Offenders. When I had recreation or dayroom I was only with Sex Offenders. In my cell I was celled up with a sex offender. They did not put me with AICs with different charges or with AICs convicted of sex offence charges. This is Segregation

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

Seth Hillier sid # 26730472

_____

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

Seth Hillier sid #26730472

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Plaintiff seeks nominal damages and punitive damages in the amount of $1,000,000.00 dollars

against the defendant Shane Wilson

Plaintiff also seeks recovery of their cost in this suit and any additional relief this court deems just

proper and equitable

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __May__ , 20 _26_.

_Seth Hillier_
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5

Seth Hillier Sid # 26730472

**Oregon Department of Corrections - Inmate Mail**
**Institution** SRCI        **SID** 26730472
**Name** Seth Hillier
**Address** 777 Stanton blvd
**City** Ontario        **State** OR  **Zip** 97914

RECVD 26 MAY '26 11:30 USDC-ORE

BOISE ID RPDC 837

21 MAY 2026 PM 2 L



★ USA ★ FOREVER ★

Legal Mail
U.S. District Court
Clerk of Courts
405 East Eighth Avenue
Eugene, Oregon 97401

SCREENED

97401-271225